UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| In re: | § | Case No. 11-00443-JDG |
|---|---|---|
| | § | |
| PAUL A. DILLS | § | |
| LOIS D. DILLS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kelly M. Hagan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,721,903.72 | Assets Exempt: | $35,138.16 |
| Total Distributions to Claimants: | $271,312.36 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $150,703.70 | | |

3) Total gross receipts of $622,585.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $200,568.94 (see **Exhibit 2),** yielded net receipts of $422,016.06 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,343.62 | $1,343.62 | $1,343.62 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $150,705.05 | $150,705.05 | $150,703.70 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $19,983.00 | $380,742.62 | $269,061.15 | $269,968.74 |
| **Total Disbursements** | $19,983.00 | $532,791.29 | $421,109.82 | $422,016.06 |

4). This case was originally filed under chapter 7 on 01/19/2011. The case was pending for -1332 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2013          By: /s/ Kelly M. Hagan
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Parcel #2 | 1110-000 | $282,500.00 |
| Rental income - Parcels 1, 2, 3, 4, and 5 | 1122-000 | $57,585.00 |
| Property #4- 78 acres vacant land | 1210-000 | $282,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$622,585.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Paul Dills and Lois Dills and Robert E. McCarthy | Surplus Funds | 8200-002 | $200,568.94 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$200,568.94** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2011 Summer tax 23-070-005-200-043-0 $517.85; 2011 Summer tax 23-070-005-400-001-0 $825.77 | 4700-000 | NA | $1,343.62 | $1,343.62 | $1,343.62 |
| | Citi Mortgage | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,343.62** | **$1,343.62** | **$1,343.62** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kelly M. Hagan, Trustee | 2100-000 | NA | $24,352.15 | $24,352.15 | $24,350.80 |
| Kelly M. Hagan, Trustee | 2200-000 | NA | $232.71 | $232.71 | $232.71 |
| MRSC Insurance Partners, LLC | 2300-000 | NA | $414.56 | $414.56 | $414.56 |
| Title Insurance $550; Recording Fees $71; City, County, State Stamps $4,859; Record Dismisal $14 | 2500-000 | NA | $5,494.00 | $5,494.00 | $5,494.00 |

| Bank of Texas | 2600-000 | NA | $5,723.94 | $5,723.94 | $5,723.94 |
|---|---|---|---|---|---|
| U.S. Bankruptcy Court - Western District of Michigan | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Internal Revenue Service | 2810-000 | NA | $74,026.00 | $74,026.00 | $74,026.00 |
| pro-rated taxes | 2820-000 | NA | $1,359.15 | $1,359.15 | $1,359.15 |
| State of Michigan | 2820-000 | NA | $22,322.00 | $22,322.00 | $22,322.00 |
| Norman C. Witte, Attorney for Trustee | 3210-000 | NA | $13,584.50 | $13,584.50 | $13,584.50 |
| Norman C. Witte, Attorney for Trustee | 3220-000 | NA | $291.86 | $291.86 | $291.86 |
| Andrew L. Mitchell, Accountant for Trustee | 3410-000 | NA | $2,596.50 | $2,596.50 | $2,596.50 |
| Andrew L. Mitchell, Accountant for Trustee | 3420-000 | NA | $57.68 | $57.68 | $57.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $150,705.05 | $150,705.05 | $150,703.70 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chad & Catherine Frazier | 7100-000 | $0.00 | $183,681.47 | $72,000.00 | $72,000.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | NA | $11,593.17 | $11,593.17 | $11,593.17 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $6,924.00 | $3,094.70 | $3,094.70 | $3,094.70 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $3,310.00 | $5,362.23 | $5,362.23 | $5,362.23 |
| 5 | US BANK N.A. | 7100-000 | $8,909.00 | $7,578.49 | $7,578.49 | $7,578.49 |
| 6 | Robert Bohlen | 7100-000 | NA | $145,000.00 | $145,000.00 | $145,000.00 |
| 7 | GE Money Bank | 7100-000 | $736.00 | $232.56 | $232.56 | $232.56 |
| | Clerk, US Bankruptcy Court (Claim No. 7; GE Money Bank) | 7990-001 | $0.00 | $0.00 | $0.00 | $0.78 |
| 8 | Hillsdale College | 7100-000 | NA | $24,200.00 | $24,200.00 | $24,200.00 |
| | Capital One Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $39.11 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| (USA), N.A. | | | | | |
| Chad & Catherine Frazier | 7990-000 | $0.00 | $0.00 | $0.00 | $242.87 |
| Chase Bank USA, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $10.44 |
| Chase Bank USA, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $18.09 |
| Hillsdale College | 7990-000 | $0.00 | $0.00 | $0.00 | $81.63 |
| Robert Bohlen | 7990-000 | $0.00 | $0.00 | $0.00 | $489.11 |
| US BANK N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $25.56 |
| Menard's | 7100-000 | $104.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $19,983.00 | $380,742.62 | $269,061.15 | $269,968.74 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 11-00443-JDG | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | DILLS, PAUL A. AND DILLS, LOIS D. | Date Filed (f) or Converted (c): | 01/19/2011 (f) |
| For the Period Ending: | 3/26/2013 | §341(a) Meeting Date: | 03/14/2011 |
| | | Claims Bar Date: | 09/07/2011 |

| Ref. # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Value | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA =§ 554(a) abandon. | 5 Sales/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7642 Otto Rd, Charlotte, Mi | $160,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash | $223.00 | $0.00 | | $0.00 | FA |
| 3 | Eaton Federal Savings Bank | $1,325.27 | $1,049.27 | | $0.00 | FA |
| 4 | Couch, 3 chairs, piano, 3 tables, dining table and 6 chirs, 2 beds, 2 dressers, desk, stove, refrigerator, washer, dryer | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | Misc books and pictures | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Personal clothing | $500.00 | $0.00 | | $0.00 | FA |
| 7 | 11 gold rings, 20 necklaces, 3 watches | $2,500.00 | $0.00 | | $0.00 | FA |
| 8 | Walther 380, s&w 38, Remington 22, Remington shotgun | $850.00 | $723.00 | | $0.00 | FA |
| 9 | New York Life | $22,633.18 | $22,632.18 | | $0.00 | FA |
| 10 | 2002 Lincoln Continental | $4,000.00 | $550.00 | | $0.00 | FA |
| 11 | 2005 GMC Sierra | $8,000.00 | $4,550.00 | | $0.00 | FA |
| 12 | 66 ft strip of land, Otto rd, Charlotte, MI (u) | $2,400.00 | $2,399.00 | | $0.00 | FA |
| 13 | Parcel #1- 1.76 acres vacant land (u) | $9,375.00 | $0.00 | | $0.00 | FA |
| 14 | Parcel#3- 152.85 acres vacant land (u) | $1,530,000.00 | $1,530,000.00 | | $0.00 | FA |
| 15 | Property #4- 78 acres vacant land (u) | Unknown | $282,500.00 | | $282,500.00 | FA |
| 16 | Property#5- 103.95 acres vacant land (u) | Unknown | $0.00 | | $0.00 | FA |
| 17 | Property#6- 43.87 acres vacant land (u) | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Property#7- 29.3 acres vacant land (u) | Unknown | $0.00 | | $0.00 | FA |
| 19 | Doane Hwy, Grand ledge, MI Vacant land (u) | $1,800.00 | $0.00 | | $0.00 | FA |
| 20 | Independent Bank | $0.55 | $0.27 | | $0.00 | FA |
| 21 | American Equity IRA | $9,730.38 | $0.00 | | $0.00 | FA |
| 22 | Debtors are trustees of the Paul A. Dills living trust and the Lois D. Dills living trust. | $1.00 | $0.00 | | $0.00 | FA |
| 23 | Debtors charitable remainder unitrust. | $1.00 | $0.00 | | $0.00 | FA |
| 24 | Dills Excavating LLC | $1.00 | $0.00 | | $0.00 | FA |
| 25 | Debtors have a potential malpractice claim against Dennis Barret. They do not intend to purse. | $1.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 11-00443-JDG | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | DILLS, PAUL A. AND DILLS, LOIS D. | Date Filed (f) or Converted (c): | 01/19/2011 (f) |
| For the Period Ending: | 3/26/2013 | §341(a) Meeting Date: | 03/14/2011 |
| | | Claims Bar Date: | 09/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26  Office equipment | $1,000.00 | $0.00 | | $0.00 | FA |
| 27  Parcel #2          (u) | Unknown | $282,500.00 | | $282,500.00 | FA |
| 28  Rental income - Parcels 1, 2, 3, 4, and 5 | $0.00 | $57,585.00 | | $57,585.00 | FA |

**TOTALS (Excluding unknown value)**      $1,757,041.38      $2,184,488.72      $622,585.00      **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/17/2011 | Sent two record lookup requests to Secretary of State. CSG |
| 06/02/2011 | Motion for settlement has been filed. KMH |
| 06/02/2011 | Motion for settlement has been filed. KMH |
| 07/19/2011 | Filed application to employ accountant for trustee. CSG |
| 09/19/2011 | Real property has been liquidated. KMH |
| 09/27/2011 | Debtor's discharge has been denied. Awaiting arbitration of claim in state court to permit proceeding. KMH |
| 12/12/2011 | Arbitration has been concluded; review remaining claims and prepare estate returns. KMH |
| 01/18/2012 | 2011 Federal and State tax returns filed on this date for Lois Dills and for Paul Dills. RAH |
| 02/29/2012 | Filed sale report. CSG |
| 04/30/2012 | Interim disbursements to creditors per order. RAH |
| 06/18/2012 | Review for final distribution after payment of professional fees. KMH |
| 08/21/2012 | TFR submitted to UST. KMH |
| 12/02/2012 | Dividends paid pursuant to TFR. KMH |

Initial Projected Date Of Final Report (TFR):    12/31/2012      Current Projected Date Of Final Report (TFR):    12/31/2012      /s/ KELLY M. HAGAN

KELLY M. HAGAN

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-00443-JDG | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | DILLS, PAUL A. AND DILLS, LOIS D. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******0985 | Checking Acct #: | ******0397 |
| Co-Debtor Taxpayer ID #: | ******0986 | Account Title: | |
| For Period Beginning: | 1/19/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/26/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/19/2011 | | Smuts Farms, Jeaneen Smuts | Deposit-Sale of Real Property | | * | $1,000.00 | | $1,000.00 |
| | {27} | | Deposit-Parcel #2 | $500.00 | 1210-000 | | | $1,000.00 |
| | {15} | | Deposit-Parcel #4 | $500.00 | 1210-000 | | | $1,000.00 |
| 09/19/2011 | | Smuts Farms | Deposit-Sale of Real Property | | * | $24,000.00 | | $25,000.00 |
| | {27} | | Deposit-Parcel #2 | $12,000.00 | 1210-000 | | | $25,000.00 |
| | {15} | | Deposit-Parcel #4 | $12,000.00 | 1210-000 | | | $25,000.00 |
| 10/17/2011 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $14.32 | $24,985.68 |
| 11/15/2011 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $80.66 | $24,905.02 |
| 11/16/2011 | | Bank of Texas | Reverse Bank Service Fee | | 2600-000 | | ($40.33) | $24,945.35 |
| 11/21/2011 | | Transaction Title Agency of Michigan | sale of real property | | * | $531,803.23 | | $556,748.58 |
| | {15} | | liquidation of real property | $270,000.00 | 1110-000 | | | $556,748.58 |
| | {27} | | liquidation of real property | $270,000.00 | 1110-000 | | | $556,748.58 |
| | | | pro-rated taxes | $(1,359.15) | 2820-000 | | | $556,748.58 |
| | | | Title Insurance $550; Recording Fees $71; City, County, State Stamps $4,859; Record Dismisal $14 | $(5,494.00) | 2500-000 | | | $556,748.58 |
| | | | 2011 Summer tax 23-070-005-200-043-0 $517.85; 2011 Summer tax 23-070-005-400-001-0 $825.77 | $(1,343.62) | 4700-000 | | | $556,748.58 |
| 12/11/2011 | 1001 | MRSC Insurance Partners, LLC | Blanket Bond Payment | | 2300-000 | | $414.56 | $556,334.02 |
| 12/14/2011 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $288.13 | $556,045.89 |
| 01/03/2012 | (28) | Jeaneen Smuts, Smuts Farms | Rental Payment | | 1122-000 | $57,585.00 | | $613,630.89 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $898.09 | $612,732.80 |
| 01/17/2012 | 1002 | Internal Revenue Service | 2011 Form 1041; EIN 61-6430985 (Paul Dills) | | 2810-000 | | $37,013.00 | $575,719.80 |
| 01/17/2012 | 1003 | State of Michigan | 2011 MI-1041; EIN 61-6430985 (Paul Dills) | | 2820-000 | | $11,161.00 | $564,558.80 |
| 01/17/2012 | 1004 | Internal Revenue Service | 2011 Form 1041; EIN 61-6430986 (Lois Dills) | | 2810-000 | | $37,013.00 | $527,545.80 |
| 01/17/2012 | 1005 | State of Michigan | 2011 MI-1041; EIN 61-6430986 (Lois Dills) | | 2820-000 | | $11,161.00 | $516,384.80 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $941.67 | $515,443.13 |
| 03/06/2012 | 1006 | Norman C. Witte | Fees pursuant to 3/4/12 order | | 3210-000 | | $12,296.50 | $503,146.63 |

SUBTOTALS  $614,388.23   $111,241.60

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-00443-JDG | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | DILLS, PAUL A. AND DILLS, LOIS D. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******0985 | | Checking Acct #: | ******0397 |
| Co-Debtor Taxpayer ID #: | ******0986 | | Account Title: | |
| For Period Beginning: | 1/19/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/26/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2012 | 1007 | Norman C. Witte | Expenses pursuant to 3/4/12 order | 3220-000 | | $219.96 | $502,926.67 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $776.62 | $502,150.05 |
| 04/02/2012 | 1008 | Andrew L. Mitchell | Fees pursuant to 3/28/12 order | 3410-000 | | $2,596.50 | $499,553.55 |
| 04/02/2012 | 1009 | Andrew L. Mitchell | Expenses pursuant to 3/28/12 order | 3420-000 | | $57.68 | $499,495.87 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $815.78 | $498,680.09 |
| 04/19/2012 | 1010 | Chad & Catherine Frazier | Distribution on Claim #: 1; | 7100-000 | | $72,000.00 | $426,680.09 |
| 04/19/2012 | 1011 | Capital One Bank (USA), N.A. | Distribution on Claim #: 2; | 7100-000 | | $11,593.17 | $415,086.92 |
| 04/19/2012 | 1012 | Chase Bank USA, N.A. | Distribution on Claim #: 3; | 7100-000 | | $3,094.70 | $411,992.22 |
| 04/19/2012 | 1013 | Chase Bank USA, N.A. | Distribution on Claim #: 4; | 7100-000 | | $5,362.23 | $406,629.99 |
| 04/19/2012 | 1014 | US BANK N.A. | Distribution on Claim #: 5; | 7100-000 | | $7,578.49 | $399,051.50 |
| 04/19/2012 | 1015 | Robert Bohlen | Distribution on Claim #: 6; | 7100-000 | | $145,000.00 | $254,051.50 |
| 04/19/2012 | 1016 | GE Money Bank | Distribution on Claim #: 7; | 7100-000 | | $232.56 | $253,818.94 |
| 04/19/2012 | 1017 | Hillsdale College | Distribution on Claim #: 8; | 7100-000 | | $24,200.00 | $229,618.94 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $777.68 | $228,841.26 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $448.14 | $228,393.12 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $356.00 | $228,037.12 |
| 07/24/2012 | 1018 | Norman C. Witte | Fees pursuant to 7/24/12 order | 3210-000 | | $1,288.00 | $226,749.12 |
| 07/24/2012 | 1019 | Norman C. Witte | Expenses pursuant to 7/24/12 order | 3220-000 | | $71.90 | $226,677.22 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $367.18 | $226,310.04 |
| 12/02/2012 | 1020 | Kelly M. Hagan | Trustee Compensation | 2100-000 | | $24,350.80 | $201,959.24 |
| 12/02/2012 | 1021 | Kelly M. Hagan | Trustee Expenses | 2200-000 | | $232.71 | $201,726.53 |
| 12/02/2012 | 1022 | U.S. Bankruptcy Court - Western District of Michigan | Distribution on Claim #: ; | 2700-000 | | $250.00 | $201,476.53 |
| 12/02/2012 | 1023 | Chad & Catherine Frazier | Distribution on Claim #: 1; | * | | $242.87 | $201,233.66 |
| | | | Interest $(242.87) | 7990-000 | | | $201,233.66 |
| 12/02/2012 | 1024 | Capital One Bank (USA), N.A. | Distribution on Claim #: 2; | * | | $39.11 | $201,194.55 |
| | | | Interest $(39.11) | 7990-000 | | | $201,194.55 |

| | | | SUBTOTALS | | $0.00 | $301,952.08 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-00443-JDG | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | DILLS, PAUL A. AND DILLS, LOIS D. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******0985 | Checking Acct #: | ******0397 |
| Co-Debtor Taxpayer ID #: | ******0986 | Account Title: | |
| For Period Beginning: | 1/19/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/26/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/02/2012 | 1025 | Chase Bank USA, N.A. | Distribution on Claim #: 3; | * | | $10.44 | $201,184.11 |
| | | | Interest  $(10.44) | 7990-000 | | | $201,184.11 |
| 12/02/2012 | 1026 | Chase Bank USA, N.A. | Distribution on Claim #: 4; | * | | $18.09 | $201,166.02 |
| | | | Interest  $(18.09) | 7990-000 | | | $201,166.02 |
| 12/02/2012 | 1027 | US BANK N.A. | Distribution on Claim #: 5; | 7990-000 | | $25.56 | $201,140.46 |
| 12/02/2012 | 1028 | Robert Bohlen | Distribution on Claim #: 6; | * | | $489.11 | $200,651.35 |
| | | | Interest  $(489.11) | 7990-000 | | | $200,651.35 |
| 12/02/2012 | 1029 | Clerk, US Bankruptcy Court | Small Dividends | 7990-001 | | $0.78 | $200,650.57 |
| 12/02/2012 | 1030 | Hillsdale College | Distribution on Claim #: 8; | * | | $81.63 | $200,568.94 |
| | | | Interest  $(81.63) | 7990-000 | | | $200,568.94 |
| 12/02/2012 | 1031 | Paul Dills and Lois Dills and Robert E. McCarthy | Distribution on Claim #: ; | 8200-002 | | $200,568.94 | $0.00 |
| 01/08/2013 | | USbank | Refund Credit | 7990-002 | | ($25.56) | $25.56 |
| 01/25/2013 | 1032 | US BANK N.A. | Interest on claim (reissuing interest portion) | 7100-000 | | $25.56 | $0.00 |
| | | | TOTALS: | | $614,388.23 | $614,388.23 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $614,388.23 | $614,388.23 | |
| | | | Less: Payments to debtors | | $0.00 | $200,568.94 | |
| | | | Net | | $614,388.23 | $413,819.29 | |

| For the period of 1/19/2011 to 3/26/2013 | | For the entire history of the account between 09/19/2011 to 3/26/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $622,585.00 | Total Compensable Receipts: | $622,585.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $622,585.00 | Total Comp/Non Comp Receipts: | $622,585.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $422,016.06 | Total Compensable Disbursements: | $422,016.06 |
| Total Non-Compensable Disbursements: | $200,568.94 | Total Non-Compensable Disbursements: | $200,568.94 |
| Total Comp/Non Comp Disbursements: | $622,585.00 | Total Comp/Non Comp Disbursements: | $622,585.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-00443-JDG | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | DILLS, PAUL A. AND DILLS, LOIS D. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******0985 | Checking Acct #: | ******0397 |
| Co-Debtor Taxpayer ID #: | ******0986 | Account Title: | |
| For Period Beginning: | 1/19/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/26/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $614,388.23 | $614,388.23 | $0.00 |

**For the period of 1/19/2011 to 3/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $622,585.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $622,585.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $422,016.06 |
| Total Non-Compensable Disbursements: | $200,568.94 |
| Total Comp/Non Comp Disbursements: | $622,585.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/19/2011 to 3/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $622,585.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $622,585.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $422,016.06 |
| Total Non-Compensable Disbursements: | $200,568.94 |
| Total Comp/Non Comp Disbursements: | $622,585.00 |
| Total Internal/Transfer Disbursements: | $0.00 |